**CUTLER & ASSOCIATES, LTD.**
**ATTORNEYS AT LAW**
**4131 Main St.**
**SKOKIE, ILLINOIS 60076**

———

**TELEPHONE (847) 673-8600**

**FAX (847) 673-8636**

June 21, 2021

Notice of withdrawal of claim # 42-1

**Bankruptcy Case No. # 21-03489 Jesus Munoz and Marisol Munoz**

**Dear Bankruptcy Court Clerk,**

**Please accept this letter as our formal withdrawal for the claim our office filed on June 7, 2021 Proof of Claim: #42-1, for Fedloan as our claim is a duplicate.**

    Sincerely,

    /s/ David H. Cutler
    **Attorney at Law**
    **Cutler & Associates, Ltd.**
    **4131 Main St.**
    **Skokie, IL 60076**
    **Phone: 847-673-8600**
    **Fax: 847-673-8636**
    **Email:** cutlerfilings@gmail.com