# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

Chapter:    13
Case No:    2103489

In re:     JESUS  MUNOZ
           MARISOL  MUNOZ

Account Number:  6153

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 34 filed on or about 05/20/2021 in the amount of $12,048.62 .

On this 6/24/2021.


By:   /s/ Zachery C. Hayes
      Zachery C. Hayes, Bankruptcy Representative
      PRA Receivables Management, LLC.
      POB 41067
      Norfolk, VA 23541
      E-mail: Bankruptcy_Info@portfoliorecovery.com