**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re:** | |
| **Jesus Munoz** | **Case No.: 21-03489** |
| **Marisol Munoz** | **Chapter 13** |
| | **Judge Carol A. Doyle** |
| **Debtor.** | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |

# NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN (DOCKET NO. 19)

Now comes U.S. Bank National Association ("Creditor"), and hereby withdraws its Objection to Confirmation of Plan which was filed in this Court on April 2, 2021.

Respectfully submitted,

/s/Edward H. Cahill

Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

21-005497_CJP

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Withdrawal of Objection to Confirmation of Plan was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

M. O. Marshall, 55 E. Monroe Street, Suite 3850, Chicago, IL  60603, ecf@tvch13.net

David H Cutler, Attorney for Jesus Munoz and Marisol Munoz, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL  60076, cutlerfilings@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on June  28 , 2021:

Jesus Munoz, Marisol Munoz, and JMC Landscaping Services LLC, 1353 Windsor Ct, Elgin, IL  60120

/s/Edward H. Cahill

21-005497_CJP